INTERNATIONAL EXPEDITERS, INC., ET AL. *v.* UNITED STATES

**No. 6568.**—Invoices dated London, England, February 1945, etc.
Certified February 1945, etc.
Entered at New York, N. Y., March 31, 1945, etc.
Entry No. 726271, etc.

(Decided December 4, 1946)

*John D. Rode* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, involve the question of whether or not the so-called British purchase tax should be included as a part of the dutiable value of the merchandise. The record upon which these appeals have been submitted shows that the issues herein are the same in all material respects as were the issues involved in *United States* v. *Pitcairn,* C. A. D. 334, and the record therein has been admitted in evidence in this case.

Upon the established facts and following the authority cited, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any additions made by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

J. E. BERNARD & CO., INC., ET AL. *v.* UNITED STATES

**No. 6569.**—Invoices dated London, England, May 1944, etc.
Certified May 1944, etc.
Entered at New York, N. Y., July 8, 1944, etc.
Entry No. 700832, etc.

(Decided December 4, 1946)

*John D. Rode* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

CLINE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.